# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK, NATIONAL ASSOCIATION, as Securities Intermediary, <br><br> Defendant. | C.A. No. 1:22-cv-00623-JLH |

## [PROPOSED] ORDER

AND NOW, this 17th day of __May_____, 2023, upon consideration of the Letter Request submitted by Plaintiff Ameritas Life Insurance Corp., and for good cause it is HEREBY ORDERED that current case management deadlines set forth in the Court's Scheduling Order (D.I. 33) are held in abeyance. It is hereby FURTHER ORDERED that within ten (10) days of the Court's decision on Defendant U.S. Bank, National Association, as Securities Intermediary's Motion to Dismiss (D.I. 37), the Parties shall submit a Joint Revised Scheduling Order.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge